**Electronically Filed
Supreme Court
SCPW-21-0000043
12-FEB-2021
09:11 AM
Dkt. 8 ODDP**

SCPW-21-0000043

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

IN RE CHRIS SLAVICK, Petitioner.

ORIGINAL PROCEEDING

<u>ORDER DENYING PETITION FOR WRIT OF MANDAMUS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of petitioner Chris Slavick's petition for writ of mandamus, filed on February 1, 2021, the supporting documents, and the record, it appears that petitioner fails to demonstrate that he has a clear and indisputable right to the requested relief and has alternative means to seek relief, including seeking relief in the circuit court case (Case No. 1PC041001534), which petitioner is currently pursuing, or seeking relief from the Hawaiʻi Paroling Authority, as provided by law. Petitioner, therefore, is not entitled to the requested extraordinary writ. <u>See</u> <u>Kema v. Gaddis</u>, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative

means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of mandamus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, February 12, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

